**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **JIMMY SCOTT ELKINS,** ) | Civil Action No. 7:12-cv-00133 | |
|    Petitioner, ) | | |
| ) | **ORDER** | |
| **v.** ) | | |
| ) | By: | Hon. Michael F. Urbanski |
| **WISE COUNTY, VA,** ) | | United States District Judge |
|    Respondent. ) | | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failing to exhaust state court remedies; petitioner's motion to proceed <u>in forma pauperis</u> is **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner.

                                                   Entered:  March 22, 2012

                                                   */s/ Michael F. Urbanski*

                                                   Michael F. Urbanski
                                                   United States District Judge