IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JIMMY SCOTT ELKINS, | ) | Civil Action No. 7:12-cv-00133 |
|     Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| WISE COUNTY, VA, | ) | United States District Judge |
|     Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failing to exhaust state court remedies; petitioner's motion to proceed in forma pauperis is **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner.

    Entered: March 22, 2012

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge